

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3703
   Fax: (510) 637-3724
   E-Mail: Jonathan.Lee@usdoj.gov

Attorneys for United States of America

FILED
AUG 01 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 353 |
| Plaintiff, | MOTION TO SEAL AND [PROPOSED] ORDER |
| v. | |
| KIMARA ANGELICA SMITH, | [UNDER SEAL] |
| Defendant. | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, and this Sealing Order until further order of the Court. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendants. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents and/or task force officers of the U. S. Secret Service, the U. S. Marshal Service, and other law enforcement, and employees of the United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal agents, task force officers, and other law enforcement

///

MOT. TO SEAL AND [PROP.] ORDER

Document No.
2 of
District Court
Criminal Case Processing

officers in order to effectuate the arrest of the defendant.

DATED: August 1, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents and/or task force officers of the U.S. Secret Service, U.S. Marshal Service, employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents, task force officers, and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: August 1, 2019

HON. DONNA M. RYU
United States Magistrate Judge